GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
CARIN C. DURYEE
SCOTT A. TURK
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.duryee@usdoj.gov
Scott.Turk@usdoj.gov
Attorneys for Plaintiff

☒ FILED ☐ LODGED

**Nov 17 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography) Count One |
| Kyle Adam Haney, | 18 U.S.C. § 2252(a)(2) and (b) (Attempted Receipt of Child Pornography) Count Two |
| Defendant. | |

CR21-02970 TUC-JCH(EJM)

VICTIM CASE

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

**POSSESSION OF CHILD PORNOGRAPHY**

On or about June 4, 2020, in the District of Arizona, KYLE ADAM HANEY did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce;

that is, KYLE ADAM HANEY knowingly possessed an Apple iPhone 12, IMEI: 353102105856964, containing a nano SIM card, IMSI: 310150730996620, which contained child pornography videos and images, including, but not limited to, the following files:

"101 boys Montage.mp4"

"Boyparty 1.mpg"

"2yo Sucks.avi"

"Sany and uncle Tim all clips.mp4"

"Jarred's first vid.mp4"

"10 Superhard anal.avi"

"Crying boy.avi"

"Father+boy+2.mp4"

"Sany Green.mp4" and

"Jason 5.mp4"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT TWO

**ATTEMPTED RECEIPT OF CHILD PORNOGRAPHY**

On or about November 14, 2019, in the District of Arizona, KYLE ADAM HANEY, using any means or facility of interstate and foreign commerce, did knowingly attempt to receive child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted pre-pubescent minors, and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce;

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: November 17, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/S/

CARIN C. DURYEE
SCOTT A. TURK
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**