CHRISTOPHER L. SCILEPPI
LAW OFFICE OF CHRISTOPHER L. SCILEPPI, P.L.L.C.
115 W. Washington St.
Tucson, Arizona 85701
Telephone:	(520) 449-8446
Facsimile:	(520) 449-8447
Email:	info@scileppilaw.com
State Bar No: 021591
Attorney for Defendant Kyle Adam Haney

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No.: CR-21-02970-JCH-EJM |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO TRANSPORT DEFENDANT |
| Kyle Adam Haney, | |
| Defendant | |

COMES NOW, Defendant Kyle Adam Haney, by and through counsel undersigned and respectfully requests that the Court order that he be transported privately for his Change of Plea Hearing on October 6, 2022 at 2:30 p.m.

Mr. Haney has a debilitative back condition and is in significant pain that is exacerbated by being transported via the standard buses. Mr. Haney informed undersigned counsel that other inmates have been able to secure a more private transport to Court upon the filing of a motion with the Court.

For the foregoing reasons, Mr. Haney respectfully requests that the Court order that he be transported privately to the federal courthouse for his Change of Plea Hearing.

MOTION TO TRANSPORT DEFENDANT - 1

Respectfully submitted this 4th of October, 2022.

/s/ Christopher L. Scileppi
Christopher L. Scileppi
Attorney for Kyle Adam Haney

Certificate of Service:  I certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott Turk and Carin Duryee
Assistant United States Attorneys
United States Attorney's Office
Tucson, Arizona